## Commonwealth ex rel. Davis, Appellant, *v.* Myers.

Submitted December 13, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Philip Lee Davis,* appellant, in propria persona.

*Arlen Specter,* Assistant District Attorney, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, January 16, 1962:
The order of the Court of Common Pleas No. 2 of Philadelphia County is affirmed on the opinion of Judge DAVID L. ULLMAN for the court below, reported at 25 Pa. D. & C. 2d 741.